# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2011

142962

RONNIE L. NORRIS and KAREN S. NORRIS,
      Plaintiffs-Appellants,

v

POLICE OFFICERS FOR THE CITY OF
LINCOLN PARK, OFFICER VERONICA
MALKOWSKI, and LIEUTENANT BRIAN
HAWK,
      Defendants,

and

OFFICER DEAN VANN
      Defendant-Appellee.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142962
COA: 295378
Wayne CC: 08-107889-NO

On order of the Court, the application for leave to appeal the March 10, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARILYN KELLY, J., would reverse and remand for trial.

HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2011

_____
Clerk

y1116